ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>JAN KLERKS, an individual; and STICHTING WOLKENKRABBERS, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0741-GMN-LRL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER GRANTING STIPULATION** |

   Plaintiff, Righthaven LLC ("Righthaven") and Defendant Jan Klerks ("Mr. Klerks"; collectively with Righthaven known herein as the "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences through a written agreement and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Klerks and Stichting Wolkenkrabbers ("Wolkenkrabbers") in the above-captioned matter.

/ / /

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Mr. Klerks and Wolkenkrabbers with prejudice, and the parties respectfully request that the Court close the matter.

Dated this 17th day of February, 2011.

Submitted by:

| | |
|---|---|
| JAN KLERKS and STICHTING WOLKENKRABBERS | RIGHTHAVEN LLC |
| By /s/ Michael J. McCue, Esq.<br>MICHAEL J. MCCUE, ESQ.<br>Nevada Bar No. 6055<br>NIKKYA G. WILLIAMS, ESQ.<br>Nevada Bar No. 11484<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8298<br>NWilliams@LRLaw.com | By /s/ Anne E. Pieroni, Esq.<br>ANNE E. PIERONI, ESQ.<br>Nevada Bar No. 9650<br>apieroni@righthaven.com<br>*Counsel at Righthaven LLC*<br>RIGHTHAVEN LLC<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Tel.: (702) 527-5900<br>Fax: (702) 527-5909<br><br>*Attorneys for Righthaven LLC* |
| *Attorneys for Jan Klerks and Stichting Wolkenkrabbers* | |

**IT IS SO ORDERED** this 18th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge